Not For Publication in West's Federal Reporter

# United States Court of Appeals
## For the First Circuit

No. 07-1645

CATHERINE BURKE and MIKAEL ROLFHAMRE,

Plaintiffs, Appellants,

v.

THE BROOKLINE SCHOOL DISTRICT,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

Jamie N. Hage, Brian M. Childs, and Nixon Peabody LLP, on brief for appellants.
Dean B. Eggert, Alison M. Bethel, and Wadleigh, Starr & Peters, P.L.L.C., on brief for appellee.

December 13, 2007

**Per Curiam**.  This case is summarily affirmed under <u>Díaz-Fonseca</u> v. <u>Puerto Rico</u>, 451 F.3d 13 (1st Cir. 2006).

**Affirmed**.